# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| MICHAEL JEROME BROOKS JR. ) | |
| DOB: xx/xx/xx-PDID: xxx-xxx ) | |
| ) | |
| ) | |
| *Defendant(s)* | |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 4, 2014__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | did unlawfully, knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture or substance was 28 grams or more. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

THOMAS TWINAME, Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/05/2014

*Judge's signature*

City and state: Washington, D.C.       Alan Kay, Magistrate Judge
*Printed name and title*